IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION


MELVIN HELMS                                                             PLAINTIFF

          v.                              CIVIL NO. 10-3100

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                          DEFENDANT

## O R D E R

    Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis.*  ECF. Nos. 1, 3.  After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 10th day of November 2010:

    Plaintiff's motion for leave to proceed *in forma pauperis* is granted.  The court directs that a copy of the complaint, along with a copy of this order, be served by Plaintiff by certified mail, return receipt requested, on Defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Claude Hawkins, Assistant U.S. Attorney, without prepayment of fees and costs.  Defendant is ordered to answer within sixty (60) days from the date of service.

    IT IS SO ORDERED.


/S/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE